

FILED

06/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

JUN 1 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF JOHN
ALBERT DOW III

O R D E R

John Albert Dow III has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Dow's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Dow passed the MPRE in 1997 when seeking admission to the practice of law in Georgia, where Dow was admitted. The petition states that Dow, since 1997, "has worked without interruption in the practice of law" and "has practiced without any ethical or disciplinary issues." Good cause appearing,

IT IS HEREBY ORDERED that the petition of John Albert Dow III to waive the three-year test requirement for the MPRE for purposes of Dow's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 15 day of June, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices